IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01037-CMA-MJW

TIMOTHY SCOTT PARKS,

Plaintiff(s),

v.

ERIC ZASSADA, Officer, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Defendants' Motion to Amend Order Regarding Fed. R.Civ. P. 26(f) Conference (docket no. 31) is GRANTED. Since the Pro Se Plaintiff is incarcerated in the Colorado Department of Corrections and it is very difficult for the parties to physically meet and confer, the court will allow the Defendants to file with the court a proposed Scheduling Order via electronic filing on or before February 19, 2009, and during the Rule 16 Conference which is set for February 24, 2009, at 9:00 a.m., this court will address any additions or corrections to the proposed Scheduling Order with the parties. This court is allowing the Pro Se Incarcerated Plaintiff to appear by telephone at the Rule 16 Scheduling Conference on February 24, 2009, at 9:00 a.m.

Date: February 11, 2009