IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-01037-CMA-MJW

TIMOTHY SCOTT PARKS,

Plaintiff(s),

v.

ERIC ZASSADA, Officer, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Plaintiff's Motion for Order (docket no. 45) is DENIED.  It is the responsibility of the Plaintiff to locate and serve Defendant Andrew Saldivor.  The court **does not** represent the Plaintiff and cannot give legal advise to the Plaintiff.

Date:  April 29, 2009