# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   08-cv-01037-CMA-MJW          FTR - Courtroom A-502

**Date:**  July 01, 2009                           Courtroom Deputy, Ellen E. Miller

TIMOTHY SCOTT PARKS,                               Pro Se
#112085
       Plaintiff(s),

v.

ERIC ZASSADA, et al                                Eric M. Ziporin

       Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   SHOW   CAUSE   HEARING
**Court in Session:**    9:35 a.m.
Court calls case.  Appearances of Pro Se Plaintiff and defense counsel.

It is noted the Plaintiff filed a Prisoner Complaint [Docket No. 3, Filed May 19, 2008] and an Amended Prisoner Complaint [Docket No. 4, Filed June 12, 2008].  With no objection by defendants,

**It is ORDERED:**   Plaintiff's MOTION TO AMEND COMPLAINT [Docket No. 52, Filed June 30, 2009] is **GRANTED.**

**It is ORDERED:**   Plaintiff shall file his SECOND AMENDED COMPLAINT **on or before** JULY 10, 2009.  Officer Andrew Saldivor shall be removed as a named defendant in this case, and any and all references to Officer Andrew Saldivor shall be removed.
Defendants are granted leave to file any objections to the
Second Amended Complaint if it does not appear to comply with the orders entered from the bench.

Pursuant to D.C.COLO.LCivR 10.1I it is noted that the proper case number for this action is 08-cv-01037-CMA-MJW.  Plaintiff is  directed to edit his records accordingly and file any future pleadings with the appropriate case number.

**It is ORDERED:**   The   ORDER TO SHOW CAUSE   [Docket No. 37, Filed February 24, 2009] is VACATED.

Hearing concluded.      **Court in recess:**    9:46 A.M.     Total In-Court Time 00:11