IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01037-CMA-MJW

TIMOTHY SCOTT PARKS,

    Plaintiff,

v.

ERIC ZASSADA, Officer,

    Defendant.

## ORDER VACATING TRIAL DATES

In light of Defendant Eric Zassada's Notice of Settlement (Doc. # 82), filed February 19, 2010, the Final Trial Preparation Conference, set for February 26, 2010, and the three-day jury trial, set to commence March 15, 2010, are hereby VACATED.

DATED: February  22 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge