# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 08-cv-01037-CMA-MJW

TIMOTHY SCOTT PARKS,

    Plaintiff,

v.

ERIC ZASSADA, Officer,
ANDREW SALDIVOR, Officer, and
MIKE O'CONNOR, Officer,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 84). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to be responsible for his own costs and attorney fees.

DATED: March __04__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge